THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

LODGED

1  Kevin J. Yourman (147159)
   Vahn Alexander (167373)
2  WEISS & YOURMAN
   10940 Wilshire Boulevard, 24th Floor
3  Los Angeles, CA 90024
   Telephone: (310) 208-2800
4
5  Michael D. Braun (167416)
   Marc L. Godino (186289)
   STULL, STULL & BRODY
6  10940 Wilshire Boulevard, Suite 2300
   Los Angeles, CA 90024
7  Telephone: (310) 209-2468

8  Frederic S. Fox
   Janine R. Azriliant
9  KAPLAN FOX & KILSHEIMER LLP
   805 Third Avenue, 22nd Floor
10 New York, NY 10022
   Telephone: (212) 687-1980
11      -and-
   Laurence D. King (206423)
12 100 Pine Street, Suite 2600
   San Francisco, CA 94111
13 Telephone: (415) 677-1238

14 *Co-Lead Counsel for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 14 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

✓ Priority
✓ Send
__ Clsd
✓ Enter
__ JS-5/JS-6
__ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE ECONNECT, INC. SECURITIES LITIGATION ) Master File No. CV-00-2674 MMM (JWJx)
) CLASS ACTION
)
THIS DOCUMENT RELATES TO: ) [~~PROPOSED~~] ORDER AWARDING PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND EXPENSES
ALL ACTIONS )
) DATE: October 22, 2001
) TIME: 10:00 a.m.
) CTRM: Hon. Margaret M. Morrow

✓ Docketed
✓ Copies / NTC Sent
__ JS-5/JS-6
__ JS-2/JS-3
✓ CLSD

[PROPOSED] ORDER AWARDING FEES AND EXPENSES
CASE NO.: CV-00-2674 MMM

1   This matter having come before the Court on October 22, 2001, on the application of
2   counsel for the plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred
3   in the Litigation, the Court, having considered all papers filed and proceedings conducted herein,
4   having found the settlement of this action to be fair, reasonable and adequate and otherwise being
5   fully informed in the premises and good cause appearing therefor;

6   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

7   1.   All of the capitalized terms used herein shall have the same meanings as set forth
8   in the Stipulation of Settlement dated as of June 1, 2001 (the "Stipulation"), and filed with the
9   Court.

10  2.   This Court has jurisdiction over the subject matter of this application and all matters
11  relating thereto, including all members of the Class who have not timely and validly requested
12  exclusion.

13  3.   Pursuant to the Court's Order of October 22, 2001 (the "Order"), the Court hereby
14  awards Plaintiffs' Co-Lead Counsel attorneys' fees of 20% of the warrant portion of the Settlement
15  Fund and reimbursement of litigation expenses in the amount of $133,709.43, together with the
16  interest earned thereon for the same time period and at the same rate as that earned on the
17  Settlement Fund until paid. The Court finds that this percentage is appropriate given the result
18  achieved for the Class, the risks present in the Litigation and the substantial effort required by
19  Plaintiffs' Co-Lead Counsel and that the amount of fees awarded is fair and reasonable for the
20  reasons set forth in the Court's Order.

21  4.   Although the Court declined to award fees to plaintiffs' counsel other than Plaintiffs'
22  Co-Lead Counsel, the fees may be allocated among plaintiffs' counsel by Plaintiffs' Co-Lead
23  Counsel in a manner which, in Plaintiffs' Co-Lead Counsel's good-faith judgment, reflects each such
24  plaintiffs' counsel's contribution to the institution, prosecution and resolution of the Litigation and
25  the expenses shall be allocated as set forth in the Court's Order.

26  5.   The awarded attorneys' fees and expenses and interest earned thereon and the Lead
27  Plaintiffs' reimbursement shall be paid to Plaintiffs' Settlement Counsel within three (3) business
28

days after the date this Order is signed subject to the terms, conditions and obligations of the Stipulation and in particular ¶7.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: *October 29, 2001*

*Margaret M. Morrow*
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

Kevin J. Yourman
Vahn Alexander
WEISS & YOURMAN
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
Tel: (310) 208-2800

Michael D. Braun
Marc L. Godino
STULL, STULL & BRODY
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468

Frederic S. Fox
Laurence D. King
Janine R. Azriliant
KAPLAN KILSHEIMER & FOX LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980

*Co-Lead Counsel for the Plaintiffs*